1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK D'ASERO, EZEKIEL MOHAMMAD, POURIA SAFABAKHSH, JOSEPH CUGLIARI, JR., ANGELA RICHARDSON, BRIAN JOHANSON and BRENDAN DWYER, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>        Plaintiffs,<br><br>  v.<br><br>HOME LOAN CENTER, INC. dba LENDING TREE LOANS, a California corporation, LENDING TREE, LLC, a Delaware limited liability company, LENDING TREE, INC., a Delaware corporation, and DOES 1 though 10, inclusive,<br><br>        Defendants. | Case No. SACV08-00384- RSWL (JWJx)<br><br>**ORDER GRANTING JOINT STIPULATION AND AMENDED CLASS NOTICE, AMENDED CLAIM FORM, AND CONTINUANCE OF FINAL FAIRNESS HEARING** |

W02-WEST:1JWK1\401341567.1

1.     On December 18, 2008, this Court granted preliminary approval of the Joint Stipulation of Settlement and Release ("Agreement") in this class action, and as a result thereof, directed the issuance and mailing of the Class Notice and Claim Form to the Class Members.

2.     As part of the Agreement, each individual Claim Form should have contained the approximate total earnings for each individual Class Member during the Class Period.  The Class Notice and Claim Forms were mailed to the Class Members on January 8, 2009.

3.     Recently, Defendants discovered that (a) the earnings data for some of the Class Members was not accurate, and (b) some of the Class Members were omitted from the class list sent to the Claims Administrator.

4.     Upon discovery of this error, Defendants' counsel immediately notified Plaintiffs' counsel.  The Parties' counsel met and conferred regarding this situation, and have agreed and Stipulated, attached hereto as Exhibit A, upon the following course of action to remedy this situation:

    a.     The Claims Administrator will mail out an Explanation Letter, an Amended Class Notice, and an Amended Claim Form to all Class Members, copies of which are attached hereto as Exhibits B-E, no later than February 13, 2009.

    b.     The new claims period will be the next business day after thirty (30) days from February 13, 2009, which is March 16, 2009.  The new opt out

1 period and new deadline to object to the Class Settlement will be twenty (20) days
2 from February 13, 2009, which is March 5, 2009.

4         c.      For those Class Members who already submitted a Claim
5 Form prior to the mailing of the Amended Class Notice, such Claim Forms will be
6 accepted and they will receive the approximate payout amount listed on the
7 Amended Claim Form. Thus, such individuals will not need to submit an Amended
8 Claim Form.

10         d.      For those Class Members who submit the Amended Claim
11 Form, they will receive the approximate payout listed on the Amended Claim Form.

13         e.      Should any such individual, upon review of the
14 Explanation Letter and Amended Class Notice, desire to opt out of or object to the
15 settlement, they will be allowed the opportunity to do so within the twenty (20) day
16 period set forth above, regardless of whether the original Claim Form was
17 submitted.

19         f.      The Final Fairness Hearing will be continued from 10:00
20 a.m. on March 9, 2009 to 10:00 a.m. on April 15, 2009 at 10:00 a.m.

**IT IS SO ORDERED** this 11th day of February, 2009.

                              RONALD S.W. LEW
                              _____
                              HONORABLE RONALD S. W. LEW
                              Senior, U.S. District Court Judge