1  **MOWER, CARREON & DESAI, LLP**
   Jon R. Mower, Esq. (SBN 72034)
2  James A. Burton, Esq. (SBN 149253)
   8001 Irvine Center Drive, Suite 1450
3  Irvine, CA 92618
   Telephone:  (949) 474-3004
4  Facsimile:   (949) 474-9001
   mower@mocalaw.com; burton@mocalaw.com
5

6  Attorneys for Representative Plaintiffs and Class members

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 FRANK D'ASERO, EZEKIEL              )  CASE NO. SACV 08-0384 RSWL
   MOHAMMED, POURIA                    )  (JWJx)
12 SAFABAKHSH, JOSEPH CUGLIARI,        )
   JR., ANGELA RICHARDSON, BRIAN       )  Judge:      Ronald S. W. Lew
13 JOHANSON and BRENDAN DWYER,         )  Courtroom:  21
   individually and on behalf of all other )
14 persons similarly situated and on behalf )
   of the general public,              )  **JOINT REPORT RE:**
15                                      )  **SETTLEMENT HAS BEEN FULLY**
              Plaintiffs,               )  **PERFORMED**
16                                      )
   vs.                                 )
17                                      )
   HOME LOAN CENTER, INC. dba          )
18 LENDING TREE LOANS, a California    )
   corporation, LENDING TREE, LLC, a   )
19 Delaware limited liability company,  )
   LENDING TREE, INC., a Delaware      )
20 corporation,                        )
   IAC/INTERACTIVECORP, a Delaware     )
21 corporation, and DOES 1 through 10, )
   inclusive,                          )
22                                      )
              Defendants.               )
23 ─────────────────────────────────── )

24

25

26

27

28

                          1

1    Plaintiffs Frank D'Asero, Ezekiel Mohammed, Pouria Safabakhsh, Joseph

2    Cugliari, Jr., Angela Richardson, Brian Johanson and Brendan Dwyer, individually

3    and on behalf of all other persons similarly situated and on behalf of the general

4    public ("Plaintiffs") and Defendants Home Loan Center, Inc. dba Lending Tree

5    Loans, a California corporation, Lending Tree, LLC, a Delaware limited liability

6    company, Lending Tree, Inc., a Delaware corporation, IAC/Interactive Corp., a

7    Delaware corporation ("Defendants") jointly file this Report informing the Court

8    that Defendants have fully performed the terms of the Settlement pursuant to the

9    Final Order entered on April 17, 2009 which is attached at Exhibit 1.

10

11    1.    Defendants deposited the total amount of the approved Settlement

12    Payments with Homestead Escrow on April 20, 2009.

13

14    2.    On May 11, 2009, Homestead Escrow released the escrowed

15    Settlement Payments including the interest earned to the Claims Administrator

16    Simpluris, Inc.

17

18    3.    On May 15, 2009, Simpluris, Inc. distributed individual settlement

19    payments to all members of the Settlement Classes, including Service Awards to

20    Class Representatives, attorneys' fees to Class Counsel, reimbursable litigation

21    costs and claims administration costs. Attached as Exhibit 2 is the declaration of

22    Marshall Cook of Simpluris, Inc. regarding said distribution.

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1      4.      Attached as Exhibit 3 is a true and correct copy of the Stipulation and

2   [Propose] Order To Dismiss The Action With Prejudice which will be filed

3   concurrently with this Joint Report.

4

5   Respectfully submitted,

6

7   Dated:  June 1, 2009                    MOWER, CARREON & DESAI, LLP

8

9                                           _____
                                            Jon R. Mower, Esq.
10                                          James A. Burton, Esq.
                                            Attorneys for Representative Plaintiffs
11                                          and Class members

12  Dated:  June 1, 2009                    Sheppard, Mullin, Richter & Hampton, LLC

13

14                                          _____
                                            Greg S. Labate, Esq.
15                                          Jason W. Kearnaghan, Esq.
                                            Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Exhibit 1**

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   FRANK D'ASERO, EZEKIEL            )   CASE NO. SACV 08-0384 RSWL
     MOHAMMED, POURIA                  )   (JWJx)
12   SAFABAKHSH, JOSEPH CUGLIARI,      )
     JR., ANGELA RICHARDSON, BRIAN     )   Judge:       Ronald S. W. Lew
13   JOHANSON and BRENDAN DWYER,       )   Courtroom:   21
     individually and on behalf of all other )
14   persons similarly situated and on behalf )   ORDER:
     of the general public,            )
15                                     )   (1)   CERTIFYING SETTLEMENT
                    Plaintiffs,        )         CLASSES;
16                                     )   (2)   FINALLY APPROVING
     vs.                               )         CLASS ACTION
17                                     )         SETTLEMENT;
     HOME LOAN CENTER, INC. dba        )   (3)   AWARDING ATTORNEYS'
18   LENDING TREE LOANS, a California  )         FEES, COSTS, CLAIMS
     corporation, LENDING TREE, LLC, a )         ADMINISTRATION FEES,
19   Delaware limited liability company, )       AND CLASS
     LENDING TREE, INC., a Delaware    )         REPRESENTATIVE
20   corporation, IAC/INTERACTIVE      )         ENHANCEMENTS
     CORP, a Delaware corporation, and )
21   DOES 1 through 10, inclusive,     )   DATE:      April 15, 2009
                                       )   TIME:      10:00 a.m.
22                  Defendants.        )   COURTROOM: 21
                                       )
23                                     )
                                       )
24
25   ///
26   ///
27   ///
28   ///

1

1      This Order provides Final Approval of the Settlement in the matter of *Frank*

2   *D'Asero, et al. v. Home Loan Center, Inc., et al.* This action is pending before this

3   Court as a class action pursuant to FRCP 23. Representative Plaintiffs Frank

4   D'Asero, Ezekiel Mohammed, Pouria Safabakhsh, Joseph Cugliari, Jr., Angela

5   Richardson, Brian Johanson, and Brendan Dwyer (collectively "Plaintiffs"), on

6   behalf of themselves and seven subclasses of similarly situated current and former

7   employees of Defendants Home Loan Center, Inc. dba Lending Tree Loans,

8   Lending Tree, LLC, Lending Tree, Inc., and IAC/InterActive Corp. (collectively

9   "Defendants"), have alleged in the above-captioned action that Defendants required

10  or knowingly permitted Plaintiffs and their Mortgage Banker, Loan Processor,

11  Funder and Underwriter employees in California and North Carolina to work

12  substantial overtime hours without properly paying overtime compensation for all

13  such overtime hours; that Defendants failed to afford, enforce, self-police, or

14  affirmatively ensure the taking of lawful and "bona fide" duty-free meal break

15  periods; that Defendants made unlawful and unauthorized deductions from the

16  earned wages of Plaintiffs and the Class Members; that Defendants failed to

17  indemnify the California-based Plaintiffs and Class Members for necessary

18  business-related expenses incurred in the course and scope of their employment;

19  that Defendants failed to pay Plaintiffs and the Class Members all earned overtime

20  compensation, wages for missed meal break periods, and unauthorized deductions

21  from earned wages in a timely manner upon separation of employment; and that

22  Defendants failed to furnish the California-based Plaintiffs and Class Members

23  proper itemized wage statements. Defendants denied these allegations.

24      The operative Second Amended Complaint in this matter asserts the

25  following claims for relief: (1) failure to pay overtime under the Fair Labor

26  Standards Act ("FLSA"), 29 U.S.C. §§ 207, 211(c) and 216(b); (2) failure to pay

27  overtime under California Labor Code §§ 510 and 1194; (3) failure to provide meal

28  breaks under California Labor Code §§ 226.7 and 512; (4) unauthorized wage

1   deductions and failure to indemnify business expenses under California Labor Code

2   §§ 221, 450, and 2802; (5) unauthorized wage deductions under North Carolina

3   General Statute §§ 95-25.8 and 95-25.22; (6) failure to timely pay wages under

4   California Labor Code §§ 201-203; (7) failure to timely pay wages under North

5   Carolina General Statute §§ 95-25.7 and 95-25.22; (8) failure to provide itemized

6   wage statements under California Labor Code § 226; (9) unfair and unlawful

7   business practices under California Business and Professions Code §§ 17200-17208

8   ("UCL"); and (10) civil penalties under the California Private Attorney General Act

9   of 2004 ("PAGA"), California Labor Code §§ 2699 *et seq.* Defendants have denied

10  all allegations and have at all times maintained they complied with all applicable

11  California, North Carolina and federal wage and hour laws.

12       After engaging in an extended mediation Plaintiffs and Defendants reached a

13  Settlement of the action which was preliminarily approved by this Court. All of the

14  Court's orders regarding Preliminary Approval appear to have been carried out and

15  the Notice provisions and claims process has been appropriately followed as

16  directed. The parties now apply to this Court for an Order of Final Approval of the

17  Settlement in accordance with the Joint Stipulation of Settlement and Release

18  between Plaintiffs and Defendants which sets forth the terms and conditions for

19  Settlement. The Joint Stipulation of Settlement and Release ("Settlement") is

20  attached to this Order as Exhibit 1.

21       Having read and considered the Settlement and the moving papers, including

22  the memorandum of points and authorities in support of the Motion for Final

23  Approval and the Declarations of counsel and the claims administrator submitted

24  therewith, and having heard and considered any oral presentations of counsel for

25  the parties at the hearing on this matter held on April 15, 2009, the Court hereby

26  makes the following Order:

27  ///

28  ///

3

1       1.     This Order incorporates by reference the definitions in the Settlement

2   and all terms defined therein shall have the same meaning in this Order as set forth

3   in the Settlement.

4       2.     The Court hereby certifies the Settlement Subclasses as described in

5   paragraph 1.15 of the Settlement and in this Order for settlement purposes. The

6   Court finds that the Settlement Subclasses meet the ascertainability and numerosity

7   requirements because the members of the Settlement Subclasses are reasonably

8   identifiable through Defendants' business records and the total number of members

9   of the Settlement Subclasses renders their joinder impracticable. The commonality

10   requirement is also met since the members of the Settlement Subclasses have been

11   subjected to the same alleged employment violations, subjected to the same

12   employment practices, and have suffered the same type of alleged harm. The legal

13   and factual issues common to the members of the Settlement Subclasses

14   predominate over individual issues. The claims of the Class Representatives are

15   found to be typical of the members of the Settlement Subclasses they seek to

16   represent. The claims of the Class Representatives and members of the Settlement

17   Subclasses are based on the same legal theories and arise out of a common set of

18   operative facts. There being no conflicting or antagonistic interests between them,

19   the Class Representatives are found to be adequate to represent the members of the

20   Settlement Subclasses and are appointed as such for this Settlement. The Court

21   finds that counsel for the Plaintiffs ("Class Counsel") is adequate to represent the

22   members of the Settlement Subclasses and again confirms the appointment of

23   Mower, Carreon & Desai, LLP as Class Counsel.

24       3.     Pursuant to FRCP 23, the named Plaintiffs, Frank D'Asero, Ezekiel

25   Mohammed, Pouria Safabakhsh, Joseph Cugliari, Jr., Angela Richardson, Brian

26   Johanson, and Brendan Dwyer, are hereby confirmed and designated for all

27   purposes under this Order as the Class Representatives of the members of the

28   Settlement Subclasses they represent. The attorneys of record herein for the named

4

1   Plaintiffs are hereby appointed and designated as Class Counsel for the members of

2   the Settlement Subclasses.  Class Counsel is authorized to act on behalf of the

3   members of the Settlement Subclasses with respect to all acts or consents required

4   by, or which may be given pursuant to, the Settlement, and such other acts

5   reasonably necessary to consummate the Settlement.

6          4.        The members of the seven Settlement Subclasses are defined as set

7   forth in the Joint Stipulation of Settlement and Release and are summarized as

8   follows:

9          A.    California Mortgage Banker Opt-Ins employed from April 9,

10                2004 through the date of preliminary approval of the Settlement.

11         B.    California Mortgage Bankers employed from January 1, 2008

12                through the date of preliminary approval of the Settlement.

13         C.    California Loan Processor, Funder and Underwriter Non-

14                Releasees employed from August 2, 2003 through the date of

15                preliminary approval of the Settlement.

16         D.    North Carolina Mortgage Banker Non-Releasees employed from

17                April 9, 2005 through the date of preliminary approval of the

18                Settlement.

19         E.    California Mortgage Banker, Loan Processor, Funder and

20                Underwriter Releasees employed from August 2, 2003 through

21                the date of preliminary approval of the Settlement.

22         F.    North Carolina Mortgage Banker Releasees employed from

23                April 9, 2005 through the date of preliminary approval of the

24                Settlement.

25         G.    California Private Attorney General Act (PAGA) Claimants.

26         5.        The Court hereby finally approves the proposed Settlement.  The Court

27   finds that, under the circumstances presented, the Settlement appears to be fair,

28   adequate and within the range of reasonableness of a settlement for the stated

5

1  claims.  It appears to the Court that the relief afforded by the Settlement is fair,

2  adequate, and reasonable as to all potential members of the Settlement Subclasses

3  when balanced against the probable risks of outcome of further litigation relating to

4  liability, damages, and class certification.  It further appears that extensive

5  investigation and research has been conducted such that counsel for the parties at

6  this time are reasonably able to evaluate their respective positions.  It further

7  appears to the Court that settlement at this time will avoid substantial additional

8  costs by all parties, as well as the delay and risks that would be presented by the

9  further prosecution of the action.  It further appears that the Settlement was

10  ultimately reached as the result of non-collusive, good faith arm's length

11  negotiations at mediation with the assistance of a professional mediator.

12        6.    The Court hereby approves the payment by Defendants of an amount

13  not to exceed $2,500,000.00 (the "Settlement Amount") plus Defendants' portion

14  of payroll taxes, including the employers' FICA, SUTA and SDI contributions.

15  Although the proposed Settlement is on behalf of all Defendants, Home Loan

16  Center, Inc. dba Lending Tree Loans will be exclusively responsible for payment of

17  the Settlement Amount.

18        7.    The Court approves an award to Class Counsel in the amount of

19  $750,000.00 for reasonable attorneys' fees, and $27,000.00 for reimbursement of

20  litigation costs, these amounts to be deducted from and paid out of the

21  $2,500,000.00 Settlement Amount.  The costs and expenses include all litigation

22  costs incurred to date as well as all costs associated with securing Court approval of

23  the settlement.

24        8.    The Court approves aggregate Service Awards to be paid by

25  Defendants to the Class Representatives pursuant to the Settlement as follows:

26  $10,000.00 for Class Representative Plaintiffs D'Asero, Mohammed, Safabakhsh,

27  Richardson, Johanson and Dwyer, respectively, and $3,000.00 for Plaintiff

28  ///

6

1  Cugliari; these amounts to be deducted from and paid out of the $2,500,000.00

2  Settlement Amount.

3       9.    The Court approves payment to Simpluris, Inc. as the claims

4  administrator in the amount of $30,000.00 for claims administration services

5  rendered to the Class, this amount to be deducted from and paid out of the

6  $2,500,000.00 Settlement Amount.

7       10.   After deduction of the aforementioned fees, costs, claims

8  administration fees, and enhancements, the Court approves distribution of the

9  resulting Net Settlement Amount which is in the amount of $1,467,901.83 to

10 members of the foregoing seven Settlement Subclasses based on valid and timely

11 claims submitted by individual class members using the formula designated in the

12 Settlement.

13      11.   The Court hereby directs Simpluris, Inc. as the Claims Administrator,

14 to carry out all distribution of settlement proceeds to the Class, Class Counsel, and

15 the Class Representatives as set forth herein.

16      12.   The scheduling of payments and distributions are finally approved in

17 conformance with those set forth in the Settlement to be administered by the claims

18 administrator as designated in this Order.  The following schedule of events shall

19 apply.

20

| | |
|---|---|
| April 20, 2009 | Deadline for Defendants to deposit total amount of approved Settlement Payments with Homestead Escrow for distribution by the claims administrator, Simpluris, Inc. |
| May 5, 2009 | Deadline for timely objectors to file notice of appeal from Final Approval Order |

7

| May 11, 2009 | Deadline for Homestead Escrow to release escrowed Individual Settlement Payments to Claims Administrator for distribution (assuming no timely notice of appeal from the Final Approval Order) |
| May 15, 2009 | Deadline for Claims Administrator to distribute Individual Settlement Payments to all members of the Settlement Classes, including Service Awards to Class Representatives, attorneys fees to Class Counsel, and cost reimbursement (assuming no timely notice of appeal from the Final Approval Order) |
| June 1, 2009 | Parties to submit joint report to the Court regarding final status of Settlement administration and, if Settlement has been fully performed, Plaintiffs to file Request for Dismissal of the Litigation with Prejudice. |

13.     The Court finds that distribution of Notice directed to the class as set forth in the Court's Order Preliminarily Approving the Settlement, and other matters of claims administration set forth therein, have been completed in conformity with the Court's Order.  The Notice provided due and adequate notice of and information concerning the proceedings and of the matters set forth therein, and satisfied the requirements of due process.  No plaintiff class members objected to the Settlement, and the Court notes that the Settlement achieved a very high level of class-wide acceptance as evidenced by the high claims rate wherein approximately 90% of all available settlement funds were allocated for payment.

14.     As of the effective date of this final approval Plaintiffs and all class members other than those filing timely opt-outs shall be deemed to have, by operation of this Order, expressly released all claims under California and federal law that were asserted, could have been asserted, or were related to the allegations

1   contained in the Plaintiffs' operative complaint in this action all in conformance

2   with the expressed terms of the Settlement Agreement which has been finally

3   approved by this Order.

4

5         **IT IS SO ORDERED** this 17th day of April, 2009.

6

7

                 HONORABLE RONALD S.W. LEW

8             SENIOR, U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK D'ASERO, EZEKIEL MOHAMMED, POURIA SAFABAKHSH, JOSEPH CUGLIARI, JR., ANGELA RICHARDSON, BRIAN JOHANSON and BRENDAN DWYER, individually and on behalf of all other persons similarly situated and on behalf of the general public, | CASE NO. SACV 08-0384 RSWL (JWJx) |
| Plaintiffs, | CLASS ACTION |
| | DECLARATION OF MARSHALL COOK REGARDING DISBURSEMENT |
| vs. | |
| HOME LOAN CENTER, INC. dba LENDING TREE LOANS, a California Corporation, LENDING TREE, LLC, a Delaware limited liability company, LENDING TREE, INC., a Delaware corporation, IAC/INTERACTIVE CORP, a Delaware corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, MARSHALL COOK hereby declare:

    1.    I am employed as a Case Manager by Simpluris, Inc. ("Simpluris") the claims administrator in the above-entitled action. My business address is 3176 Pullman Street, Suite 123, Costa Mesa, CA 92626. My telephone number is (714) 824-8590. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

1

2.      Simpluris, Inc. is a Class Action Settlement Administration company located in Costa Mesa, CA.  It is founded by individuals who have each managed hundreds of settlements, along with professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

3.      On May 15, 2009 we issued checks for the Class Members settlement checks to the 902 participating Class Members. The checks were mailed via The United Postal Service.

4.      The total amounts to be disbursed came to:

| | |
|---|---|
| Amount deposited in disbursement account | $2,374,724.22 |
| Attorneys Fees and Costs/Admin Cost | $807,000.00 |
| Lead Plaintiff Class Rep Enhancement Fees | $63,000.00 |
| Claimed amount for Class Members | $1,222,536.65 |
| Taxes on Claiming Members & Employer Taxes | $170,233.37 |
| PAGA Payment | $105,000 |
| **Account Balance** | =    **$6,954.20** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on _6/1/09_ , at Orlando, Fl.

Marshall Cook

Declaration of Marshall Cook Regarding Disbursement

**Exhibit 3**

**MOWER, CARREON & DESAI, LLP**
Jon R. Mower, Esq. (SBN 72034)
James A. Burton, Esq. (SBN 149253)
8001 Irvine Center Drive, Suite 1450
Irvine, CA 92618
Telephone:  (949) 474-3004
Facsimile:   (949) 474-9001
mower@mocalaw.com; burton@mocalaw.com

Attorneys for Representative Plaintiffs and Class members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK D'ASERO, EZEKIEL MOHAMMED, POURIA SAFABAKHSH, JOSEPH CUGLIARI, JR., ANGELA RICHARDSON, BRIAN JOHANSON and BRENDAN DWYER, individually and on behalf of all other persons similarly situated and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> HOME LOAN CENTER, INC. dba LENDING TREE LOANS, a California corporation, LENDING TREE, LLC, a Delaware limited liability company, LENDING TREE, INC., a Delaware corporation, IAC/INTERACTIVECORP, a Delaware corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. SACV 08-0384 RSWL (JWJx) <br><br> Judge:         Ronald S. W. Lew <br> Courtroom:   21 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE** <br><br> **(Fed. R. Civ. P. 41)** |

1

1        IT IS HEREBY STIPULATED by and between the parties to this action that

2    Plaintiffs' claims in the above-captioned action be and hereby are dismissed with

3    prejudice pursuant to Federal Rule of Civil Procedure 41(a) (1).

4    Dated: June 1, 2009                    MOWER, CARREON & DESAI, LLP

5

6                                          Jon R. Mower, Esq.

7                                          James A. Burton, Esq.
                                           Attorneys for Representative Plaintiffs
8                                          and Class members

9

10   Dated: June 1, 2009                   Sheppard, Mullin, Richter & Hampton, LLC

11

12                                         Greg S. Labate, Esq.

13                                         Jason W. Kearnaghan, Esq.
                                           Attorneys for Defendants

14

15   **IT IS SO ORDERED.**

16

17   Dated: _____

18                                         Honorable Ronald S.W. Lew
                                           Senior, U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28

2