1  **MOWER, CARREON & DESAI, LLP**
   Jon R. Mower, Esq. (SBN 72034)
2  James A. Burton, Esq. (SBN 149253)
   8001 Irvine Center Drive, Suite 1450
3  Irvine, CA 92618
   Telephone:   (949) 474-3004
4  Facsimile:    (949) 474-9001
   mower@mocalaw.com; burton@mocalaw.com

6  Attorneys for Representative Plaintiffs and Class members

8                   UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

11 | FRANK D'ASERO, EZEKIEL MOHAMMED, POURIA SAFABAKHSH, JOSEPH CUGLIARI, JR., ANGELA RICHARDSON, BRIAN JOHANSON and BRENDAN DWYER, individually and on behalf of all other persons similarly situated and on behalf of the general public, | CASE NO. SA CV 08-0384 RSWL (JWJx)

Judge:       Ronald S. W. Lew
Courtroom:   21

**ORDER ON JOINT STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE**

**(Fed. R. Civ. P. 41)**

Plaintiffs,

vs.

HOME LOAN CENTER, INC. dba LENDING TREE LOANS, a California corporation, LENDING TREE, LLC, a Delaware limited liability company, LENDING TREE, INC., a Delaware corporation, IAC/INTERACTIVECORP, a Delaware corporation, and DOES 1 through 10, inclusive,

Defendants.

1

Upon Stipulation by and between the parties to this action, Plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a) (1).

**IT IS SO ORDERED.**

Dated: June 4, 2009

/ S /
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge